**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

OLGA ZIKOVA,

    Plaintiff,                                           Case No.: 1:26-cv-00592

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | ouasbuy |
| 2 | junlius |
| 3 | wen xiao shangmao company limited |
| 4 | Draginn |
| 5 | Jinbangbaihuo |
| 6 | YirunjunUS Store |
| 7 | Meitongus |
| 8 | Seekplore |
| 9 | binbinchenshop |
| 10 | wenqingqzx |
| 11 | LNSHEO |
| 12 | Nimbus & Co. |
| 13 | Zeyuyun |
| 14 | Pozevan |
| 15 | NGUYEN Shop |
| 16 | Ohjijinn |
| 17 | 🌢 7-14 Days Delivery 🌢 Zpervoba |
| 18 | HPWell |
| 19 | YyjFgj |
| 20 | DAHONGMIMI |
| 21 | MOZXIRZ |
| 22 | VlipoeasnDirect |
| 23 | DizoGoGo US |
| 24 | YrAui |
| 25 | ThysfHFAP |

| 26 | LANG XUAN |
|---|---|
| 27 | PikaLitryn |
| 28 | De hua xi wang wen hua you xian gong si |
| 29 | LiYiQ |
| 30 | Asverbet |
| 31 | Passingcloud |
| 32 | SunValley |
| 33 | Yourgreen |
| 34 | HongMengUS |
| 35 | JIAMIAN STORE |
| 36 | Amazon.com |
| 37 | jialinne |
| 38 | tongxiaoyi |
| 39 | Beatri |
| 40 | MeoIsDaBest |
| 41 | zhaoweipro |
| 42 | BO JUE |
| 43 | MT&DIY store |
| 44 | Togrosoy US |
| 45 | amzwulin |
| 46 | MsMrMeEr Store |
| 47 | Uikmnh Offical Store |
| 48 | BOOMNY Kids Clothing |
| 49 | LuckyDeal Zone |
| 50 | CAIXIA |
| 51 | jsifubji |
| 52 | Aihuaihua Kid Clothes |
| 53 | shoper clearance |
| 54 | WeeBloom |
| 55 | Kids And Adult Clothing |
| 56 | Dkgmvgf |
| 57 | WRTFVZA Clothes Clearance |
| 58 | CHENge |
| 59 | FlashDeal Club |
| 60 | XiYMYS |
| 61 | Kids Outfit |
| 62 | Qiyuan Store |
| 63 | TAIWU |
| 64 | PIAAAA |
| 65 | MENGtao |

2

| 66  | KONGHUI STORE |
|-----|---------------|
| 67  | PanKo Shop |
| 68  | Yip King Trading Co., Ltd. |
| 69  | Unclebird |
| 70  | Yuanmei LLC |
| 71  | JIZAOCE |
| 72  | MimmiZap |
| 73  | ValueSavers Home |
| 74  | Rosy d |
| 75  | BAODADAN. Ltd |
| 76  | woxinshop |
| 77  | Shopping Home |
| 78  | Daxiong99 |
| 79  | richpluss |
| 80  | Funfunplus |
| 81  | RMBplus |
| 82  | laicaiplus |
| 83  | The Blanket Haven |
| 84  | Torchesd |
| 85  | DODOplus |
| 86  | foyaplus |
| 87  | Dinora local |
| 88  | Aojon Grils |
| 89  | Little Beauty Tshirt |
| 90  | Tailored Poise |
| 91  | Short sleeves for exercise |
| 92  | JH Hoodie |
| 93  | Min Jiuding H |
| 94  | Serenya |
| 95  | Seraphine Apparel |
| 96  | JH Hoodie OOTD |
| 97  | hyfhyfff |
| 98  | LT Premium Choice |
| 99  | Ao Kexin |
| 100 | Huawei Kexin |
| 101 | Oriental Stickers |
| 102 | zqsjff |
| 103 | Responsible for your aesthetic sense |
| 104 | YYM car sticker |
| 105 | Yr Auto supplies |
| 106 | May the world be more beautiful |

| | |
|---|---|
| 107 | TOPWELLB |
| 108 | Skyline Horizon Shop |
| 109 | SunnyCCC |
| 110 | Dynamic Studio |
| 111 | Fashion sweatshirt clothing |
| 112 | fengfangfushi |
| 113 | Stop dressing up |
| 114 | WordPicPrintShop |
| 115 | Modern Glamour Mark |
| 116 | StyleStride |
| 117 | Candy of Spring |
| 118 | blonde bombshell |
| 119 | Y T R |
| 120 | Unique Fashion Code |
| 121 | Harmony WishShape |
| 122 | QYHQ Local |
| 123 | Wave Clothing |
| 124 | Crimson Feather |
| 125 | JoyWeaveCo |
| 126 | Customized Beauty Diy |
| 127 | Homejolly |
| 128 | Fashion Hqq |
| 129 | Alalei Home IV |
| 130 | ChicVerveX |
| 131 | Funnyhats |
| 132 | Good Pinnacle ShopB |
| 133 | Skydeny |
| 134 | HONEY CC |
| 135 | YX AAHomedeco |
| 136 | ZenFlorae |
| 137 | Lumirage |
| 138 | Shopyssey |
| 139 | Terra Tiffin |
| 140 | FastballFashion cap |
| 141 | Sports Trend Six Streets |
| 142 | Slate Stem |
| 143 | Saffron Sack |
| 144 | In the soil of spring |
| 145 | Colorful baseball hat shop |
| 146 | PrintYourMark |
| 147 | Citrusly Party |

| 148 | Five Dogs Tow Cats |
|---|---|
| 149 | Cult Carry |
| 150 | Beauty Me Hat |
| 151 | StadiumStaple |
| 152 | Huanjin SHOP |
| 153 | Cool cap |
| 154 | CapsDealArt |
| 155 | A new type of shop |
| 156 | Eiightt |
| 157 | Auroryan |
| 158 | DecorHaven |
| 159 | Green leaves by the river |
| 160 | Delulu Trend |
| 161 | FoouurSi |
| 162 | HZCL Special |
| 163 | Goodhi |
| 164 | LQHQA |
| 165 | RusticVibe |
| 166 | ModaCasa Collective |
| 167 | JNQFA |
| 168 | FashionSparkle |
| 169 | Moon Bend Trendy Wind |
| 170 | BreezyNest |
| 171 | CapLab |
| 172 | TIM CAP |
| 173 | Hew Honey |
| 174 | The Four Key Points of Fashion |
| 175 | Two cute baseball caps |
| 176 | The Saltbox Market |
| 177 | Sports Trend Six Room |
| 178 | Sports speed there streets |
| 179 | HKITH SHOP CC |
| 180 | HATRIUM |
| 181 | The lamb by the river |
| 182 | EtherealHush |
| 183 | You are so different |
| 184 | Cool Summer Hat Seven Houses |
| 185 | Enjoy Happys |
| 186 | To Be Loved |
| 187 | Through the wild wind |
| 188 | Cool Summer Hat Sixten Houses |

| 189 | Singing enters the heart |
|---|---|
| 190 | Sports Trend Stream Point |
| 191 | The prosperity fades away |
| 192 | BaskHome |
| 193 | ALALEI HOME III |
| 194 | TOPFATION |
| 195 | jiaanyi |
| 196 | PiquePost |
| 197 | Endless fallen leaves |
| 198 | Box Beam |