**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OLGA ZIKOVA, | |
| Plaintiff, | Case No.: 1:26-cv-00592 |
| v. | Judge Rebecca R. Pallmeyer |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Daniel P. McLaughlin |
| Defendants. | |

## PLAINTIFF'S RESPONSE TO MINUTE ENTRY [17]

Pursuant to Minute Entry [17] Plaintiff, OLGA ZIKOVA ("Plaintiff") submits the following information regarding Illinois purchases for each Defendant with a test purchase included in Schedule A to the Complaint.

| Def. No. | Date of Purchase | Location (Shipping Address) |
|---|---|---|
| 1 | October 1, 2025 | Chicago, IL |
| 2 | October 1, 2025 | Chicago, IL |
| 3 | October 1, 2025 | Chicago, IL |
| 4 | October 1, 2025 | Chicago, IL |
| 5 | October 1, 2025 | Chicago, IL |
| 6 | October 1, 2025 | Chicago, IL |
| 7 | October 1, 2025 | Chicago, IL |
| 8 | October 1, 2025 | Chicago, IL |
| 9 | October 1, 2025 | Chicago, IL |
| 10 | October 1, 2025 | Chicago, IL |
| 11 | October 1, 2025 | Chicago, IL |
| 12 | October 1, 2025 | Chicago, IL |
| 13 | October 1, 2025 | Chicago, IL |
| 14 | October 1, 2025 | Chicago, IL |
| 15 | October 1, 2025 | Chicago, IL |
| 16 | October 1, 2025 | Chicago, IL |
| 17 | October 1, 2025 | Chicago, IL |
| 18 | October 1, 2025 | Chicago, IL |
| 20 | October 1, 2025 | Chicago, IL |
| 21 | October 1, 2025 | Chicago, IL |

| | | |
|---|---|---|
| 22 | October 1, 2025 | Chicago, IL |
| 23 | October 1, 2025 | Chicago, IL |
| 24 | October 1, 2025 | Chicago, IL |
| 25 | October 1, 2025 | Chicago, IL |
| 27 | December 18, 2025 | Chicago, IL |
| 28 | December 18, 2025 | Chicago, IL |
| 29 | December 18, 2025 | Chicago, IL |
| 30 | October 1, 2025 | Chicago, IL |
| 31 | October 1, 2025 | Chicago, IL |
| 32 | October 1, 2025 | Chicago, IL |
| 34 | October 1, 2025 | Chicago, IL |
| 37 | December 18, 2025 | Chicago, IL |
| 39 | October 1, 2025 | Chicago, IL |
| 40 | October 1, 2025 | Chicago, IL |
| 41 | October 1, 2025 | Chicago, IL |
| 42 | October 1, 2025 | Chicago, IL |
| 43 | October 1, 2025 | Chicago, IL |
| 44 | October 1, 2025 | Chicago, IL |
| 45 | October 1, 2025 | Chicago, IL |
| 46 | October 1, 2025 | Chicago, IL |
| 48 | October 2, 2025 | Chicago, IL |
| 49 | October 2, 2025 | Chicago, IL |
| 51 | October 2, 2025 | Chicago, IL |
| 54 | October 2, 2025 | Chicago, IL |
| 55 | October 2, 2025 | Chicago, IL |
| 56 | October 2, 2025 | Chicago, IL |
| 59 | October 2, 2025 | Chicago, IL |
| 60 | October 2, 2025 | Chicago, IL |
| 61 | October 2, 2025 | Chicago, IL |
| 63 | October 2, 2025 | Chicago, IL |
| 64 | October 2, 2025 | Chicago, IL |
| 65 | October 2, 2025 | Chicago, IL |
| 66 | October 2, 2025 | Chicago, IL |
| 68 | October 2, 2025 | Chicago, IL |
| 71 | October 2, 2025 | Chicago, IL |
| 72 | October 2, 2025 | Chicago, IL |
| 88 | October 3, 2025 | Chicago, IL |
| 89 | October 3, 2025 | Chicago, IL |
| 90 | October 3, 2025 | Chicago, IL |
| 91 | October 3, 2025 | Chicago, IL |
| 92 | October 3, 2025 | Chicago, IL |
| 93 | October 3, 2025 | Chicago, IL |
| 94 | October 3, 2025 | Chicago, IL |
| 95 | October 3, 2025 | Chicago, IL |
| 96 | October 3, 2025 | Chicago, IL |

| | | |
|---|---|---|
| 97 | October 3, 2025 | Chicago, IL |
| 98 | October 3, 2025 | Chicago, IL |
| 101 | October 3, 2025 | Chicago, IL |
| 103 | October 3, 2025 | Chicago, IL |
| 104 | October 3, 2025 | Chicago, IL |
| 105 | October 3, 2025 | Chicago, IL |
| 106 | October 3, 2025 | Chicago, IL |

DATED: January 26, 2026  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 26, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                */s/ Keith A. Vogt*
                Keith A. Vogt