IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

OLGA ZIKOVA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-00592

Judge Rebecca R. Pallmeyer

Magistrate Judge Daniel P. McLaughlin

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 04 | Draginn |
| 5 | Jinbangbaihuo |
| 7 | Meitongus |
| 8 | Seekplore |
| 17 | 🔥 7-14 Days Delivery 🔥 Zpervoba |
| 22 | VlipoeasnDirect |
| 29 | LiYiQ |
| 32 | SunValley |
| 36 | Amazon.com |
| 39 | Beatri |
| 42 | BO JUE |
| 43 | MT&DIY store |
| 45 | amzwulin |
| 47 | Uikmnh Offical Store |
| 48 | BOOMNY Kids Clothing |
| 50 | CAIXIA |
| 51 | jsifubji |
| 52 | Aihuaihua Kid Clothes |
| 53 | shoper clearance |
| 56 | Dkgmvgf |

| | |
|---|---|
| 57 | WRTFVZA Clothes Clearance |
| 58 | CHENge |
| 60 | XiYMYS |
| 61 | Kids Outfit |
| 62 | Qiyuan Store |
| 64 | PIAAAA |
| 67 | PanKo Shop |
| 68 | Yip King Trading Co., Ltd. |
| 69 | Unclebird |
| 71 | JIZAOCE |
| 73 | ValueSavers Home |
| 107 | TOPWELLB |
| 108 | Skyline Horizon Shop |
| 109 | SunnyCCC |
| 110 | Dynamic Studio |
| 115 | Modern Glamour Mark |
| 124 | Crimson Feather |
| 128 | Fashion Hqq |
| 130 | ChicVerveX |
| 131 | Funnyhats |
| 133 | Skydeny |
| 134 | HONEY CC |
| 148 | Five Dogs Tow Cats |
| 164 | LQHQA |
| 194 | TOPFATION |

DATED: March 4, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 4, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt