**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

OLGA ZIKOVA,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-00592

Judge Rebecca R. Pallmeyer

Magistrate Judge Daniel P. McLaughlin

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 3 | wen xiao shangmao company limited |
| 14 | Pozevan |
| 22 | VlipoeasnDirect |
| 28 | De hua xi wang wen hua you xian gong si |
| 30 | Asverbet |
| 34 | HongMengUS |
| 40 | MeoIsDaBest |
| 41 | zhaoweipro |
| 49 | LuckyDeal Zone |
| 54 | WeeBloom |
| 63 | TAIWU |
| 65 | MENGtao |
| 66 | KONGHUI STORE |
| 74 | Rosy d |
| 94 | Serenya |
| 95 | Seraphine Apparel |

DATED:  March 13, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 13, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt